**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 9543600

January 8, 2015

**Clerk's Notice of Dismissal of Case**

To:   All Parties

Re:   Bowman v. Allied Interstate, LLC
      Civil Action No.  2:14-cv-01202-WC

    Pursuant to the Notice of Voluntary Dismissal filed by the Plaintiff on January 7, 2015, this case has been closed and removed from the pending docket of this court.